# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James L.Scott

Plaintiff

v.

James Bruton

Defendants

Case No. Civil 00-1596 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Respondent's motion to dismiss is granted, so that the Petition for a writ of habeas corpus is summarily dismissed, without prejudice. That the Respondent's motion for an extension of time to file return and memorandum of law is denied, as moot.

DATE: September 8, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk